IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHICAGO INSURANCE COMPANY,

        Plaintiff,

v.                                       CIVIL  ACTION  NO.  3:09-0659

HEALTH CARE INDEMNITY, INC.,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order granting the defendant's motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of the defendant Health Care Indemnity, Inc., and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                      ENTER:      January 31, 2012

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE