IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHICAGO INSURANCE COMPANY,

      Plaintiff,

v.                                                        Civil Action No. 3:09-CV-659
                                                       Honorable Robert Chambers

HEALTH CARE INDEMNITY, INC.,

      Defendant.

## NOTICE OF APPEAL

      Notice is hereby given that the Plaintiff, Chicago Insurance Company, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the **MEMORANDUM ORDER AND OPINION** [Document 183] granting Defendant Health Care Indemnity, Inc.'s Motion for Summary Judgment, and the **JUDGMENT ORDER** [Document 184], both entered in this action on the 31st day of January, 2012.

      Dated this 29th day of February, 2012.

                                                                           **Plaintiff, CHICAGO INSURANCE COMPANY, By Counsel:**

                                                                           */s/ Debra Tedeschi Varner*

                                                               James A. Varner, Sr.   (WV State Bar #3853)
                                                               Debra Tedeschi Varner   (WV State Bar #6501)
                                                               Jeffrey D. Van Volkenburg  (WV State Bar #10227)

                                                               Empire Building - 400 West Main Street
                                                               P. O. Drawer 2040
                                                               Clarksburg, WV  26302-2040
McNeer, Highland, McMunn and Varner, L.C.    Telephone: (304) 626-1100
                 Of Counsel                       Facsimile: (304) 623-3035

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHICAGO INSURANCE COMPANY,

      Plaintiff,

v.                                                                 Civil Action No. 3:09-CV-659
                                                                    Honorable Robert Chambers

HEALTH CARE INDEMNITY, INC.,

      Defendant.

## **CERTIFICATE OF SERVICE**

        This is to certify that on the 29th day of February, 2012, the undersigned counsel served the foregoing "***NOTICE OF APPEAL***" upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's CM/ECF system; and/or (2) facsimile, and/or (3) depositing a true copy in the United States Mail, postage prepaid, in envelopes addressed as follows:

Thomas V. Flaherty, Esquire
Flaherty, Sensabaugh & Bonasso PLLC
200 Capitol Street
Charleston, WV 25301
***Co-Counsel for Defendant,***
***Health Care Indemnity, Inc.***

George A. Shannon, Jr., Esquire
Carlos A. Mattioti, Esquire
Shannon, Martin, Finkelstein & Alvarado
1001 McKinney Street, Suite 1100
Houston, TX 77002-6424
***Co-Counsel for Defendant,***
***Health Care Indemnity, Inc.***

John N. Ellison, Esquire
Luke E, Debevec, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
***Co-Counsel for Defendant,***
***Health Care Indemnity, Inc.***

                                                                             /s/ *Debra Tedeschi Varner*